No. 10-7208. Robert Foxworth, Petitioner v. Peter Pepe, Superintendent, Massachusetts Correctional Institution at Cedar Junction.

562 U.S. 1224, 131 S. Ct. 1473, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1455.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 612 F.3d 705.

No. 10-7222. Thomas West, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.

562 U.S. 1224, 131 S. Ct. 1473, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1398.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 477.

No. 10-7236. Gary Steven Calhoun, Petitioner v. California.

562 U.S. 1224, 131 S. Ct. 1474, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1497.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-7269. Jason Farrell McGehee, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

562 U.S. 1224, 131 S. Ct. 1474, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1384.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 588 F.3d 1185.

No. 10-7274. Eugene Wideman, Petitioner v. Colorado, et al.

562 U.S. 1224, 131 S. Ct. 1474, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1441, 

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 409 Fed. Appx. 184.

No. 10-7287. Solomon Boyd, Petitioner v. Connecticut.

562 U.S. 1224, 131 S. Ct. 1474, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1319.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 295 Conn. 707, 992 A.2d 1071.

No. 10-7350. Jose Mario Moyers-Saenz, Petitioner v. United States.

562 U.S. 1224, 131 S. Ct. 1475, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1375.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 450.